UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERMAL JONES,

        *Plaintiff*,

 v.

ANTHONY ANNUCCI, *et al.*

        *Defendants*.

No. 16-CV-3516 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

 On May 11, 2016, Plaintiff Jermal Jones ("Plaintiff" or "Jones") brought this Action alleging violations of his rights pursuant to 42 U.S.C. § 1983. (*See* Compl. (Dkt. No. 1).) On January 27, 2017, Plaintiff filed an Amended Complaint, (*see* First Am. Compl. ("FAC") (Dkt. No. 23)). On April 3, 2017, Defendants filed a Motion to Dismiss. (*See* Dkt. Nos. 29, 30, 31, 32.) On February 14, 2018, the Court granted the Motion, and granted Plaintiff 30 days to amend the Amended Complaint ("AC"). (*See* Dkt. No. 44.) On March 27, 2018, the Court issued an Order to Show Cause as to why the case should not be dismissed for failure to prosecute, as Plaintiff had failed to file a Second Amended Complaint ("SAC"). (*See* Dkt. No. 45.) Plaintiff did not respond. (*See generally* Dkt.) Accordingly, on May 3, 2018, the Court issued an Order of Dismissal and closed the case. (*See generally* Dkt. No. 48.)

 On September 15, 2025, the Court received the note (attached to this Order) which appeared to refer to an amended complaint in this case. The note was found in a case filed by a different plaintiff in a case before Magistrate Judge Sarah Cave, a plaintiff who is housed in Elmira Correctional Facility. The note is neither dated nor signed, nor does it make clear whether it attempts to amend the AC in this case.

Out of an abundance of caution, it is hereby ORDERED that Plaintiff shall clarify for the Court whether he is the author of the enclosed note; and, if he is: (i) whether he intended to send it to the Court, (ii) whether he intended it to amend the AC in this case, (iii) when it was sent. If the Court does not receive a response from Plaintiff in the next 30 days, it will consider the note unrelated to the case.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the address on the docket and at Sing Sing Correctional Facility, 354 Hunter Street, Ossining, NY 10562.[1]

SO ORDERED.

DATED: September 15, 2025
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's mailing address on the docket is at Green Haven Correctional Facility, (*see generally* Dkt.), New York State's inmate lookup service suggests he is currently housed at Sing Sing Correctional Facility, *see Jermal Jones, Incarcerated Lookup,* New York Department Corrections and Community Supervision (DOCCS), https://nysdoccslookup.doccs.ny.gov/ (last visited Sept. 15, 2025).

**ELMIRA CORRECTIONAL FACILITY**
P.O. BOX 500
ELMIRA, NEW YORK 14902-0500

NAME: Christian Mercado  DIN: 24B3521

ELMIRA CORRECTIONAL FACILITY

ROCHESTER NY 144
5 SEP 2025 PM 3 L

neopost
09/04/2025
US POSTAGE $000.74⁰
FIRST-CLASS MAIL
ZIP 14901
041L11251115

Sarah L Cave United States
Magistrate Judge
United States District Court
Southern District Court
500 Pearl Street, New York,
NY, 10007

legal mail

USMS SDNY



Jermal Jones, Plaintiff

v.

Anthony Annucci, Defendant

No. 16-CV-3516 (KMK)

Pro Se Plaintiff Jermal Jones filed the instant complaint (Amended complaint) to 42 U.S.C §1983 Against Acting commissioner of the NYS DOCCS Anthony Annucci, Director of Family and ministerial services Cheryl Morris, Superintendent Thomas Griffin, and Deputy Superintendent of Program services Jaifa Collado. Plaintiff alleges that the Defendants violated his rights under the first and Fourteenth amendment when they denied him the right to attend two Shia religious event and forced him to change his religon to receive Shia-specific accomodations pursuant to DOCCS policy.